**SO ORDERED.**

**SIGNED this 25 day of March, 2024.**



_____
**Austin E. Carter**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>**Richard Nazario**<br>**314 Rippling Water Way**<br>**Perry, GA  31609**<br><br>**SOCIAL SECURITY NO. XXX-XX-8601** | CHAPTER 13 CASE NO. 24-50343-AEC<br><br>Proceedings for Adjustment of Debts<br><br>**ORDER DIRECTED TO EMPLOYER** |

### ORDER REQUIRING EMPLOYER TO WITHHOLD PAYMENTS AND SUBMIT FUNDS TO THE TRUSTEE

TO:   AMAZON.COM SERVICES INC
      ATTN PAYROLL-GARNISHMENT
      PO BOX 80726
      SEATTLE, WA  98108-0463

   The debtor having filed a plan formulating periodic payments by the debtor to the trustee for adjustment of debts; and

It appearing to the Court that in the best interest of efficient administration of the debtor's estate, the debtor's employer should deduct the sum proposed by the debtor's plan from the disposable earnings of the debtor and tender said sum to the trustee as provided by Title 11 U.S.C. Section 1325 (c) of the Code; whereupon it is

**ORDERED** that the employer be and is directed to deduct the sum of

**$600.00 BI-WEEKLY**

from the disposable earnings of the debtor beginning the pay period following the date of this Order, and continuing each pay period thereafter as long as the debtor is employed by said employer, or until further order of this Court, or until further notified by the trustee that the deduction may be terminated;

**and shall transmit such funds withheld to**:

CHAPTER 13 TRUSTEE
M.D. GA - ATHENS & MACON
PO BOX 102043
ATLANTA GA  30368-2043

not later than the 10th day of each month following the month such funds are withheld.

**All checks should be made payable to**:
CHAPTER 13 TRUSTEE

The debtor's name and case number shall accompany all payments.

**FURTHER ORDERED** that the employer shall immediately cease deduction of every kind except deductions required for state and federal income taxes, health insurance, social security contributions, retirement or pension plan contributions, union dues and current child support.

**FURTHER ORDERED** that the employer shall immediately cease deduction of every kind except deductions required for state and federal income taxes, health insurance, social security contributions, retirement or pension plan contributions, union dues and current child support.

**FURTHER ORDERED** that the employer may not deduct any sum from the debtor's earnings for any expenses for administering this Order.

**FURTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court, P.O. Box 1957, Macon, GA 31202.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED** that a copy of this Order be mailed to the employer, debtor, counsel for debtor and the trustee.

**END OF DOCUMENT**

Prepared by:
CAMILLE HOPE
P.O. BOX 954
MACON GA  31202-0954
TELEPHONE (478)742-8706